IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR3 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSSUE GABRIEL ALVA-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of defendant Jossue Gabriel Alva-Perez (Alva-Perez) for an extension of the pretrial motion deadline (Filing No. 25). The motion does not comply with NECrimR 12.1 (a) and paragraph 9 of the Progression Order (Filing No. 15) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

  (1) Has been advised by counsel of the reasons for seeking a continuance;
  (2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
  (3) With this understanding and knowledge, agrees to the filing of the motion.

Furthermore, this matter has been set for trial before Judge Gerrard and a jury on March 5, 2013 (Filing No. 23). Should Alva-Perez comply as set forth below, the trial of this matter will be canceled and a pretrial motion deadline will be set.

Accordingly, the motion (Filing No. 25) is :

  ( X ) Held in abeyance pending compliance with NECrimR 12.1(a) and Paragraph 9 of the Progression Order. Absent compliance **on or before February 21, 2013**, the motion will be deemed withdrawn and termed on the docket.

  ( ) Denied.

**IT IS SO ORDERED.**

DATED this 15th day of February, 2013.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge