## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:13CR3** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JOSSUE GABRIEL ALVA-PEREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Jossue Gabriel Alva-Perez (Alva-Perez) (Filing No. 25).  Alva-Perez seeks an additional time in which to file pretrial motions.  Alva-Perez was given until February 21, 2013, in which to comply with the progression order regarding extension motions by filing the defendant's affidavit (Filing No. 26).  He has failed to do so.  Accordingly, Alva-Perez's motion to enlarge time in which to file pretrial motions (Filing No. 25) is denied.

**IT IS SO ORDERED.**

DATED this 27th day of February, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge