**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:13CR3 |
| vs. | ) | ORDER |
| **JOSSUE GABRIEL ALVA-PEREZ,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Jossue Gabriel Alva-Perez (Alva-Perez) for a release from detention (Filing No. 29). Alva-Perez was provided a detention hearing on January 22, 2013 (Filing No. 14) and he was ordered detained pending trial (Filing No. 16). Alva-Perez is charged with the production and manufacturing of child pornography to include some of his own relatives. His proposal for release does not overcome the evidence presented at his detention hearing and the danger to the community if he were released. His motion for release (Filing No. 29) is denied.

**IT IS SO ORDERED.**

DATED this 28th day of February, 2013.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge